TIMOTHY B. ROTE #184781
COCHRAN LAW FIRM
2014 TULARE, SUITE 604
FRESNO, CALIFORNIA  93721
TELEPHONE: (800) 887-0000

ATTORNEY FOR DEFENDANT,
     MICHAEL NOBARI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>                              Plaintiff,<br><br>vs.<br><br>MICHAEL C. NOBARI,<br>                              Defendant | CASE # CR. F. 03-5453 OWW<br><br>EX PARTE APPLICATION FOR ORDER EXONERATING PROPERTY BOND AND ORDER THEREON |

To:    THE HONORABLE OLIVER W. WANGER, JUDGE OF THE ABOVE ENTITLED

COURT:    The Defendant, Michael C. Nobari, by and through his attorney, Timothy B. Rote, hereby requests an order exonerating bond in this action.  Mr. Nobari was released on or about January 20, 2004 on a property bond in the amount of $200,000 posted by Pnoeil Nobari and Carmen Benyamin Nobari by way of execution of Deeds of Trust for two separate properties. Michael Nobari was subsequently remanded into custody at the conclusion of his jury trial on May 4, 2005.  Accordingly, exoneration of the property bond is requested.

Dated:  May 18, 2005            Respectfully submitted,

                                /s/ Timothy B. Rote
                                Timothy B. Rote
                                Attorney for Defendant Michael C. Nobari

**ORDER**

It appearing that there is no further need for the existence of the property bond posted for the pretrial release of Michael C. Nobari, the property bond posted on his behalf is hereby exonerated and the properties involved are ordered re-conveyed to Pnoeil Nobari and Carmen Benyamin Nobari as listed on the Deeds of Trust previously filed in this case.

Dated:  _____May 19, 2005____

/s/ OLIVER W. WANGER_____
OLIVER W. WANGER
United States District Judge
Eastern District of California