1  TIMOTHY B. ROTE
   Attorney at Law
2  State Bar No.: 184781
   2014 Tulare Street, Suite 604
3  Fresno, California 93721
   Telephone 800-887-0000
4
   SUZANNE A. LUBAN
5  Attorney At Law
   State Bar No. 120629
6  3758 Grand Ave. #4
   Oakland, California 94610
7  Telephone 510/832-3555

8  Attorneys for Defendant
   MICHAEL C. NOBARI
9

FILED

2005 SEP -2  P 12: 44

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
        AT FRESNO

BY_____
         DEPUTY

10
                    UNITED STATES DISTRICT COURT
11
              FOR THE EASTERN DISTRICT OF CALIFORNIA
12                          (Fresno Venue)
13

14  UNITED STATES OF AMERICA,        )   CR 03-5453-OWW
                                     )
15            Plaintiff,             )
                                     )   ORDER GRANTING LEAVE
16       vs.                         )   TO PROCEED IN FORMA
                                     )   PAUPERIS TO DEFENDANT
17  MICHAEL C. NOBARI,               )   MICHAEL NOBARI
                                     )
18            Defendant.             )
                                     )
19  _____)

20       For good cause shown and because Defendant MICHAEL C. NOBARI has

21  demonstrated that he qualifies for services funded pursuant to the Criminal Justice

22  Act, 18 U.S.C. §3006A, leave is hereby granted for Mr. Nobari to proceed herein in

23  forma pauperis nunc pro tunc to the date the trial transcripts were ordered.

24  DATED: August 31, 2005

25

26                                        _____
                                          HON. OLIVER W. WANGER
27                                        U.S. District Court

28